22-80139

FILED
DOCKETED
_____ _____
DATE    INITIAL

FEB 0 6 2023

MOLLY C. DWYER, CLERK
U.S. COURT OF APPEALS

Stephen B. Morris
Morris and Associates
Suite 300
444 West C Street
San Diego, CA 92101



Office of the Clerk
**United States Court of Appeals for the Ninth Circuit**
Post Office Box 193939
San Francisco, California 94119-3939
415-355-8000

Molly C. Dwyer
Clerk of Court

December 07, 2022

| | |
|---|---|
| No.: | 22-80139 |
| D.C. No.: | 3:21-cv-00237-RBM-BGS |
| Short Title: | William Pettersen v. Circle K Stores Inc. |

Dear Appellant/Counsel

This is to acknowledge receipt of your Petition for Permission to Appeal under Federal Rule of Civil Procedure 23(f).

All subsequent letters and requests for information regarding this matter will be added to your file to be considered at the same time the cause is brought before the court.

The file number and the title of your case should be shown in the upper right corner of your letter to the clerk's office. All correspondence should be directed to the above address pursuant to Circuit Rule 25-1.

**CLERK, U.S. COURT OF APPEALS
FOR THE NINTH CIRCUIT
P.O. BOX 193939
SAN FRANCISCO, CALIFORNIA 94119-3939**

**OFFICIAL BUSINESS
PENALTY FOR PRIVATE USE $300**

NIXIE    911  DE 1    0001/27/23

RETURN TO SENDER
INSUFFICIENT ADDRESS
UNABLE TO FORWARD

BC: 94119393939    *0852-01426-27-34

*Not at this address*

Stephen B. Morris
Morris and Associates
Suite 300
444 West C Street
San Diego, CA 92101